# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:

Charles R. Epperly

Case No.
Chapter 7

_____ Debtor(s)

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____ _____.

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on 7-2-13 (date) by _Charles Epperly_ (debtor)
Charles R. Epperly

```
CO.   FILE    DEPT.   CLOCK   NUMBER
Q6W   000300  000520  MNTFF   0000140899  1
                              146-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005
```

# EARNINGS Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 03/25/2013 |
| Period Ending: | 03/31/2013 |
| Pay Date: | 04/05/2013 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   2
  KS:        2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number:   XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 8,626.69 |
| Overtime | 23.8500 | 1.45 | 34.58 | 1,063.52 |
| Holiday | | | | 250.80 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$670.58** | 10,068.21 |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Vacation Bal | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -30.44 | 532.16 |
| Social Security Tax | | -40.15 | 604.20 |
| Medicare Tax | | -9.38 | 141.30 |
| KS State Income Tax | | -12.37 | 200.79 |
| **Other** | | | |
| Adp 401K $ | | -33.53* | 503.44 |
| Meals | | -21.33 | 279.89 |
| Medical | | -23.08* | 323.12 |
| Short Term Disb | | -6.16 | 86.24 |
| Vision | | -6.06 | 84.84 |
| **Net Pay** | | **$488.08** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $613.97

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000140899
Pay date: 04/05/2013

Pay to the order of:   **CHARLES EPPERLY**
This amount:   FOUR HUNDRED EIGHTY EIGHT AND 08/100 DOLLARS                            $488.08

VOID NON-NEGOTIABLE      VOID NON-NEGOTIABLE

VOID

CAPITAL ONE, N.A.
MELVILLE, NY

⑈00140899⑈ ⑆021408704⑆704 74⵳643 7⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| Q6W | 000300 | 000520 | MNTFF | 0000141409 | 1 |

145-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# Earnings Statement

**ADP**

Period Beginning: 04/01/2013
Period Ending: 04/07/2013
Pay Date: 04/12/2013

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 39.64 | 630.28 | 9,256.97 |
| Overtime | | | | 1,063.52 |
| Holiday | | | | 250.80 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$630.28** | 10,698.49 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -26.61 | 558.77 |
| Social Security Tax | | -37.64 | 641.84 |
| Medicare Tax | | -8.81 | 150.11 |
| KS State Income Tax | | -11.21 | 212.00 |
| **Other** | | | |
| Adp 401K $ | | -31.51* | 534.95 |
| Meals | | -19.78 | 299.67 |
| Medical | | -23.08* | 346.20 |
| Short Term Disb | | -6.16 | 92.40 |
| Vision | | -6.06 | 90.90 |
| **Net Pay** | | **$459.42** | |

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $575.69

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000141409
Pay date: 04/12/2013

Pay to the order of: CHARLES EPPERLY
This amount: FOUR HUNDRED FIFTY NINE AND 42/100 DOLLARS $459.42

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE    VOID

CAPITAL ONE, N.A.
MELVILLE, NY

⑆001411409⑆ ⑉021408704⑉ 704 74⑊6043 7⑉

| | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | NUMBER | |
| Q6W | 000300 | 000520 | MNTFF | 0000141923 | 1 |

141-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# EARNINGS STATEMENT

**ADP**

Period Beginning: 04/08/2013
Period Ending: 04/14/2013
Pay Date: 04/19/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 33.13 | 526.77 | 9,783.74 |
| Overtime | | | | 1,063.52 |
| Holiday | | | | 250.80 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$526.77** | 11,225.26 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -16.77 | 575.54 |
| Social Security Tax | | -31.23 | 673.07 |
| Medicare Tax | | -7.30 | 157.41 |
| KS State Income Tax | | -8.26 | 220.26 |
| **Other** | | | |
| Adp 401K $ | | -26.34* | 561.29 |
| Meals | | -15.59 | 315.26 |
| Medical | | -23.08* | 369.28 |
| Short Term Disb | | -6.16 | 98.56 |
| Vision | | -6.06 | 96.96 |
| **Net Pay** | | **$385.98** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

* Excluded from federal taxable wages
Your federal taxable wages this period are $477.35

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000141923
Pay date: 04/19/2013

Pay to the order of: CHARLES EPPERLY
This amount: THREE HUNDRED EIGHTY FIVE AND 98/100 DOLLARS    $385.98

VOID

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

CAPITAL ONE, N.A.
MELVILLE, NY

⑈"001141923"⑈ ⑆:021408704: 704 74⑈6043 7⑈"

Case 13-11780   Doc# 3   Filed 07/11/13   Page 4 of 15

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| Q6W | 000300 | 000520 | MNTFF | 0000142429 | 1 |

146-0001

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# Earnings Statement

**ADP**

Period Beginning: 04/15/2013
Period Ending: 04/21/2013
Pay Date: 04/26/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 18.43 | 293.04 | 10,076.78 |
| Personal | 15.9000 | 8.00 | 127.20 | 127.20 |
| Overtime | | | | 1,063.52 |
| Holiday | | | | 250.80 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$420.24** | 11,645.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| **Deductions** | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -6.65 | 582.19 |
| Social Security Tax | | -24.62 | 697.69 |
| Medicare Tax | | -5.76 | 163.17 |
| KS State Income Tax | | -5.23 | 225.49 |
| Other | | | |
| Adp 401K $ | | -21.01* | 582.30 |
| Meals | | -4.27 | 319.53 |
| Medical | | -23.08* | 392.36 |
| Short Term Disb | | -6.16 | 104.72 |
| Vision | | -6.06 | 103.02 |
| **Net Pay** | | **$317.40** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $376.15

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000142429
Pay date: 04/26/2013

Pay to the order of: CHARLES EPPERLY

This amount: THREE HUNDRED SEVENTEEN AND 40/100 DOLLARS $317.40

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

VOID

CAPITAL ONE, N.A.
MELVILLE, NY

⑈⑈0014 2429⑈⑈ ⑈⑈021408 704⑈⑈ 704 74⑈⑈4043 7⑈⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| Q6W | 000300 | 000520 | MNTFF | 0000142932 | 1 |

142-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# Earnings Statement

ADP

Period Beginning: 04/22/2013
Period Ending: 04/28/2013
Pay Date: 05/03/2013

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 2
　KS: 2,Joint,Spouse Does Not Work

Social Security Number: XXX-XX-3833

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 32.49 | 516.59 | 10,593.37 |
| Overtime | | | | 1,063.52 |
| Holiday | | | | 250.80 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$516.59** | 12,162.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 0.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.81 | 598.00 |
| | Social Security Tax | -30.60 | 728.29 |
| | Medicare Tax | -7.16 | 170.33 |
| | KS State Income Tax | -7.97 | 233.46 |
| | **Other** | | |
| | Adp 401K $ | -25.83* | 608.13 |
| | Meals | -23.19 | 342.72 |
| | Medical | -23.08* | 415.44 |
| | Short Term Disb | -6.16 | 110.88 |
| | Vision | -6.06 | 109.08 |
| | **Net Pay** | **$370.73** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $467.68

© 2000 ADP, Inc.
50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000142932
Pay date: 05/03/2013

VOID

Pay to the order of: CHARLES EPPERLY
This amount: THREE HUNDRED SEVENTY AND 73/100 DOLLARS　　$370.73

VOID NON-NEGOTIABLE　　VOID NON-NEGOTIABLE

CAPITAL ONE, N.A.
MELVILLE, NY

⑈⑈⑆⑆⑇⑈⑆⑅⑇⑄⑈⑈　⑈⑅⑆⑇⑇⑇⑆⑅⑈⑆⑄⑈⑈⑆⑄⑈⑈　⑈⑇⑇⑈⑆⑅⑇⑈⑈　⑈⑈⑈

Case 13-11780　Doc# 3　Filed 07/11/13　Page 6 of 15

| | CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|---|
| | Q6W | 000300 | 000520 | MNTFF | 0000143427 | 1 |

150-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# Earnings Statement

**ADP**

Period Beginning: 04/29/2013
Period Ending: 05/05/2013
Pay Date: 05/10/2013

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 11,229.37 |
| Overtime | 23.8500 | 9.56 | 228.01 | 1,291.53 |
| Holiday | | | | 250.80 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$864.01** | 13,026.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 160.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -54.13 | 652.13 |
| Social Security Tax | | -51.34 | 779.63 |
| Medicare Tax | | -12.00 | 182.33 |
| KS State Income Tax | | -17.61 | 251.07 |
| **Other** | | | |
| Adp 401K $ | | -43.20* | 651.33 |
| Meals | | -35.88 | 378.60 |
| Medical | | -35.92* | 451.36 |
| Short Term Disb | | -6.16 | 117.04 |
| Vision | | -6.06 | 115.14 |
| **Net Pay** | | **$601.71** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $784.89

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000143427
Pay date: 05/10/2013

Pay to the order of: **CHARLES EPPERLY**

This amount: **SIX HUNDRED ONE AND 71/100 DOLLARS**     **$601.71**

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

VOID

CAPITAL ONE, N.A.
MELVILLE, NY

⑆0014342⑆ ⑈021408704⑈ 704 74⑉4043 7⑈

```
CO.   FILE   DEPT.  CLOCK   NUMBER
Q6W   000300 000520 MNTFF   0000143930  1
                           149-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005
```

# Earnings Statement

Period Beginning: 05/06/2013
Period Ending: 05/12/2013
Pay Date: 05/17/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  KS: 2,Joint,Spouse Does Not Work

Social Security Number: XXX-XX-3833

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 11,865.37 |
| Overtime | 23.8500 | 3.16 | 75.37 | 1,366.90 |
| Holiday | | | | 250.80 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| **Gross Pay** | | | **$711.37** | 13,737.47 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 80.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -33.03 | | 685.16 |
| Social Security Tax | -41.88 | | 821.51 |
| Medicare Tax | -9.80 | | 192.13 |
| KS State Income Tax | -13.14 | | 264.21 |
| Other | | | |
| Adp 401K $ | -35.57* | | 686.90 |
| Meals | -40.04 | | 418.64 |
| Medical | -35.92* | | 487.28 |
| Short Term Disb | -6.16 | | 123.20 |
| Vision | -6.06 | | 121.20 |
| **Net Pay** | | **$489.77** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $639.88

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000143930
Pay date: 05/17/2013

Pay to the order of: CHARLES EPPERLY

This amount: FOUR HUNDRED EIGHTY NINE AND 77/100 DOLLARS    $489.77

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE



CAPITAL ONE, N.A.
MELVILLE, NY

⑈⑈00143930⑈⑈ ⑆021408704⑆ 704 746043 7⑈⑈

| | CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|---|
| | Q6W | 000300 | 000520 | MNTFF | 0000144435 | 1 |

150-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# Earnings Statement

**ADP**

Period Beginning: 05/13/2013
Period Ending: 05/19/2013
Pay Date: 05/24/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 12,501.37 |
| Overtime | 23.8500 | 13.08 | 311.96 | 1,678.86 |
| Holiday | | | | 250.80 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| Vacation Sellbk | | | | 1,272.00 |
| **Gross Pay** | | | **$947.96** | 15,957.43 |

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.09 | 1,053.35 |
| | Social Security Tax | -56.54 | 956.92 |
| | Medicare Tax | -13.23 | 223.80 |
| | KS State Income Tax | -21.51 | 340.10 |
| | **Other** | | |
| | Adp 401K $ | -47.40* | 797.90 |
| | Meals | -38.81 | 457.45 |
| | Medical | -35.92* | 523.20 |
| | Short Term Disb | -6.16 | 129.36 |
| | Vision | -6.06 | 127.26 |
| | **Net Pay** | **$656.24** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 80.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

* Excluded from federal taxable wages
Your federal taxable wages this period are $864.64

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000144435
Pay date: 05/24/2013

Pay to the order of: **CHARLES EPPERLY**
This amount: SIX HUNDRED FIFTY SIX AND 24/100 DOLLARS      $656.24

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

VOID

CAPITAL ONE, N.A.
MELVILLE, NY

⑆001444335⑆ ⑈021408704⑈704 74⑈4043 7⑈

Case 13-11780   Doc# 3   Filed 07/11/13   Page 9 of 15

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| Q6W | 000300 | 000520 | MNTFF | 0000144935 | 1 |

145-0001
*CREEKSTONE FARMS PREMIUM BEEF LLC*
*604 GOFF INDUSTRIAL PARK ROAD*
*ARKANSAS CITY, KS 67005*

# Earnings Statement

Period Beginning: 05/20/2013
Period Ending: 05/26/2013
Pay Date: 05/31/2013

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 13,137.37 |
| Overtime | 23.8500 | 8.40 | 200.34 | 1,879.20 |
| Holiday | | | | 250.80 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| Vacation Sellbk | | | | 1,272.00 |
| **Gross Pay** | | | **$836.34** | 16,793.77 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 80.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| **Deductions** | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -50.19 | 1,103.54 |
| Social Security Tax | | -49.63 | 1,006.55 |
| Medicare Tax | | -11.60 | 235.40 |
| KS State Income Tax | | -16.70 | 356.80 |
| Other | | | |
| Adp 401K $ | | -41.82* | 839.72 |
| Meals | | -34.68 | 492.13 |
| Medical | | -35.92* | 559.12 |
| Short Term Disb | | -6.16 | 135.52 |
| Vision | | -6.06 | 133.32 |
| **Net Pay** | | **$583.58** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $758.60

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000144935
Pay date: 05/31/2013

Pay to the order of: **CHARLES EPPERLY**
This amount: FIVE HUNDRED EIGHTY THREE AND 58/100 DOLLARS   $583.58

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CAPITAL ONE, N.A.
MELVILLE, NY

⑆0144935⑆ ⑉021408704⑉ 704 74⑊4043 7⑊

| | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | NUMBER | |
| Q6W | 000300 | 000520 | MNTFF | 0000145432 | 1 |

146-0001
CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# Earnings Statement 

Period Beginning: 05/27/2013
Period Ending: 06/02/2013
Pay Date: 06/07/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 13,773.37 |
| Overtime | 23.8500 | 11.97 | 285.48 | 2,164.68 |
| Holiday | 15.9000 | 8.00 | 127.20 | 378.00 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| Vacation Sellbk | | | | 1,272.00 |
| **Gross Pay** | | | **$1,048.68** | 17,842.45 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 80.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| **Deductions** | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -80.45 | 1,183.99 |
| Social Security Tax | | -62.79 | 1,069.34 |
| Medicare Tax | | -14.69 | 250.09 |
| KS State Income Tax | | -26.20 | 383.00 |
| Other | | | |
| Adp 401K $ | | -52.43* | 892.15 |
| Meals | | -51.20 | 543.33 |
| Medical | | -35.92* | 595.04 |
| Short Term Disb | | -6.16 | 141.68 |
| Vision | | -6.06 | 139.38 |
| **Net Pay** | | **$712.78** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $960.33

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000145432
Pay date: 06/07/2013

Pay to the order of: CHARLES EPPERLY

This amount: SEVEN HUNDRED TWELVE AND 78/100 DOLLARS   $712.78

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CAPITAL ONE, N.A.
MELVILLE, NY

⑈⑈⑈0014543⑈⑈⑈ ⑈:021408704⑈:704 74⑈⑈6043 7⑈⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|---|---|---|---|---|---|---|
| Q6W | 000300 | 000520 | MNTFF | 0000145936 | 1 | |

142-0001

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

# EARNINGS Statement

| | |
|---|---|
| Period Beginning: | 06/03/2013 |
| Period Ending: | 06/09/2013 |
| Pay Date: | 06/14/2013 |

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 14,409.37 |
| Overtime | 23.8500 | .98 | 23.37 | 2,188.05 |
| Holiday | | | | 378.00 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| Vacation Sellbk | | | | 1,272.00 |
| **Gross Pay** | | | **$659.37** | 18,501.82 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 80.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -28.09 | 1,212.08 |
| | Social Security Tax | -38.65 | 1,107.99 |
| | Medicare Tax | -9.04 | 259.13 |
| | KS State Income Tax | -11.66 | 394.66 |
| **Other** | | | |
| | Adp 401K $ | -32.97* | 925.12 |
| | Meals | -29.57 | 572.90 |
| | Medical | -35.92* | 630.96 |
| | Short Term Disb | -7.31 | 148.99 |
| | Vision | -6.06 | 145.44 |
| **Net Pay** | | **$460.10** | |

* Excluded from federal taxable wages
 Your federal taxable wages this period are $590.48

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000145936
Pay date: 06/14/2013

Pay to the order of: CHARLES EPPERLY

This amount: FOUR HUNDRED SIXTY AND 10/100 DOLLARS         $460.10

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE



CAPITAL ONE, N.A.
MELVILLE, NY

⑈００１４５９３６⑈ ⑆０２１４０８７０４⑆ ７０４ ７４‧４０４３ ⑉⑈

```
CO.     FILE    DEPT.   CLOCK   NUMBER
Q6W     000300  000520  MNTFF   0000146449  1
                                147-0001
CREEKSTONE  FARMS  PREMIUM  BEEF  LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005
```

# Earnings Statement

**ADP**

Period Beginning: 06/10/2013
Period Ending: 06/16/2013
Pay Date: 06/21/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  KS: 2,Joint,Spouse Does Not Work

CHARLES EPPERLY
2105 EAST 54TH ST SOUTH
WICHITA KS 67216

Social Security Number: XXX-XX-3833

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 15,045.37 |
| Overtime | 23.8500 | 7.22 | 172.20 | 2,360.25 |
| Holiday | | | | 378.00 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| Vacation Sellbk | | | | 1,272.00 |
| **Gross Pay** | | | **$808.20** | 19,310.02 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 80.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.18 | 1,258.26 |
| | Social Security Tax | -47.88 | 1,155.87 |
| | Medicare Tax | -11.20 | 270.33 |
| | KS State Income Tax | -15.90 | 410.56 |
| | Other | | |
| | Adp 401K $ | -40.41* | 965.53 |
| | Meals | -30.31 | 603.21 |
| | Medical | -35.92* | 666.88 |
| | Short Term Disb | -7.31 | 156.30 |
| | Vision | -6.06 | 151.50 |
| | **Net Pay** | **$567.03** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $731.87

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number: 0000146449
Pay date: 06/21/2013

Pay to the order of: CHARLES EPPERLY
This amount: FIVE HUNDRED SIXTY SEVEN AND 03/100 DOLLARS    $567.03

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

CAPITAL ONE, N.A.
MELVILLE, NY

```
⑈00146449⑈ ⑆0214087004⑆704 74⑈4043 7⑈
```

```
   CO.   FILE   DEPT.   CLOCK   NUMBER
   Q6W   000300 000520  MNTFF   0000146964  1
                                140-0001
   CREEKSTONE   FARMS  PREMIUM  BEEF  LLC
   604 GOFF INDUSTRIAL PARK ROAD
   ARKANSAS  CITY, KS  67005
```

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 06/17/2013 |
| Period Ending: | 06/23/2013 |
| Pay Date: | 06/28/2013 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   2
  KS:        2,Joint,Spouse   Does Not Work

CHARLES   EPPERLY
2105   EAST   54TH   ST   SOUTH
WICHITA   KS   67216

Social Security Number:   XXX-XX-3833

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9000 | 40.00 | 636.00 | 15,681.37 |
| Overtime | 23.8500 | 12.50 | 298.13 | 2,658.38 |
| Holiday | | | | 378.00 |
| Personal | | | | 127.20 |
| Vacation | | | | 127.20 |
| Vacation Sellbk | | | | 1,653.60 |
| **Gross Pay** | | | **$934.13** | 20,625.75 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation Bal | | 56.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 620-741-3100

| **Deductions** | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -64.12 | 1,413.01 |
| Social Security Tax | | -55.69 | 1,235.22 |
| Medicare Tax | | -13.02 | 288.88 |
| KS State Income Tax | | -20.87 | 447.74 |
| **Other** | | | |
| Adp 401K $ | | -46.71* | 1,031.32 |
| Meals | | -55.33 | 658.54 |
| Medical | | -35.92* | 702.80 |
| Short Term Disb | | -7.31 | 163.61 |
| Vision | | -6.06 | 157.56 |
| **Net Pay** | | **$629.10** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $851.50

© 2000 ADP, Inc.

50-870/214

CREEKSTONE FARMS PREMIUM BEEF LLC
604 GOFF INDUSTRIAL PARK ROAD
ARKANSAS CITY, KS 67005

Payroll check number:   0000146964
Pay date:               06/28/2013

| Pay to the order of: | CHARLES   EPPERLY | |
|---|---|---|
| This amount: | SIX HUNDRED TWENTY NINE AND 10/100 DOLLARS | $629.10 |

VOID NON-NEGOTIABLE     VOID NON-NEGOTIABLE

CAPITAL ONE, N.A.
MELVILLE, NY

```
⑈⑈0014ᒿ964⑈⑈ ⑆021408704⑆704 74⑈4043 7⑈⑈
```

Case 13-11780   Doc# 3   Filed 07/11/13   Page 14 of 15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:

Shanan C. Epperly

Case No.
Chapter 7

_____ Debtor(s)

**DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because _____.

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on 7-2-13 (date) by _Shanan C. Epperly_ (debtor)
Shanan C. Epperly